## HIGHT v. McCONNELL, sheriff, et al.

SIMMONS, C. J.　Under the allegations contained in the plaintiff's petition, there was no abuse of discretion in refusing an injunction.

*Judgment affirmed: All the Justices concurring.*

Submitted June 17, — Decided July 26, 1898.

Petition for injunction, etc.　Before Judge Henry.　Floyd county.　March 28, 1898.

*Lumpkin & Printup,* for plaintiff.
*Wright & Ewing,* for defendants.

---

## HARALSON COUNTY v. PITTMAN et al.

LEWIS, J.　Where two cases against the same defendant, and in favor of different plaintiffs who have no privity of interest of any sort between them, are by consent of the parties tried together before an inferior judicatory, the judge of the superior court can not entertain jurisdiction over the cases by one petition for certiorari complaining of the verdict in favor of each plaintiff; and this court has no jurisdiction in such a case brought here by one writ of error complaining of the judgment of the court below in overruling the petition for certiorari.　*Patterson* v. *Hendrix,* 72 *Ga.* 204; *Hicks* v. *Walker,* ante, 480; *Western Assurance Co.* v. *Way,* 98 *Ga.* 746.

*Writ of error dismissed. All the Justices concurring.*

Argued June 20,— Decided July 26, 1898.

*E. S. & G. D. Griffith,* for plaintiff in error.

105b 513
112　 34
f112 314

---

## WILSON et al. v. IRON BELT MERCANTILE Co. et al.

LUMPKIN, P. J.　The issue being one of fraud or no fraud, and there being evidence of circumstances from which its existence could be inferred, this court will not interfere with a finding that there was fraud, the verdict of the jury having been approved by the trial judge and no question of law being presented for determination here.

*Judgment affirmed. All the Justices concurring.*

Argued June 21,— Decided July 26, 1898.

Equitable petition.　Before Judge Harris.　Carroll superior court.　August 31, 1897.

*W. D. Hamrick* and *Reese & Gordon,* for plaintiffs in error.
*Sidney Holderness,* contra.